|  |  |
|---|---|
| **TIFFANY & BOSCO** P.A.<br>**2525 EAST CAMELBACK ROAD**<br>**SUITE 300**<br>**PHOENIX, ARIZONA 85016**<br>**TELEPHONE: (602) 255-6000**<br>**FACSIMILE: (602) 255-0192** | **IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**<br>The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.<br>**Dated: August 11, 2009** <br><br>_Randolph J. Haines_<br>**RANDOLPH J. HAINES**<br>**U.S. Bankruptcy Judge** |

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-17868/159445103

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Susan F. Moody and James N. Moody<br>       Debtors.<br>_____<br>BAC Home Loan Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.<br>       Movant,<br>  vs.<br><br>Susan F. Moody and James N. Moody, Debtors, Lawrence J. Warfield, Trustee.<br><br>       Respondents. | No. 2:09-bk-13702-RJH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #11) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed …

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated February 14, 2007 and recorded in the office of the Tuolumne County Recorder wherein BAC Home Loan Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. is the current beneficiary and Susan F. Moody and James N. Moody have an interest in, further described as:

> Lot 173, of PINE MOUNTAIN LAKE UNIT NO 1, as shown and delineated on the offical Map thereof, filed in the office of the County Recorder, Tuolumne County, California on April 22, 1969 in volume 4 of subdivion at page 60

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT