FORM ntcntry

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:   Case No.: 2:09−bk−13702−RJH

SUSAN F MOODY  
21171 W COURT ST  
BUCKEYE, AZ 85396  
**SSAN:** xxx−xx−1623  
**EIN:**

Chapter: 7

JAMES N MOODY  
21171 W COURT ST  
BUCKEYE, AZ 85396  
**SSAN:** xxx−xx−3260  
**EIN:**

Debtor(s)

## NOTICE OF ENTRY OF JUDGMENT OR ORDER

You are hereby notified that on November 19, 2009, this Court entered the enclosed judgment or order on the docket for the above−entitled proceeding.

I hereby certify that on this date a copy of this notice and the judgment or order were sent to the Bankruptcy Noticing Center for mailing to the parties and the U.S. Trustee.

**Date: November 19, 2009**

**Address of the Bankruptcy Clerk's Office:**  
U.S. Bankruptcy Court, Arizona  
230 North First Avenue, Suite 101  
Phoenix, AZ 85003−1727  
Telephone number: (602) 682−4000  
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**Brian D. Karth**

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: purvisa            Page 1 of 1              Date Rcvd: Nov 19, 2009
Case: 09-13702                Form ID: ntcntry         Total Noticed: 2
```

The following entities were noticed by first class mail on Nov 21, 2009.
db/jdb     +SUSAN F MOODY,    JAMES N MOODY,    21171 W COURT ST,    BUCKEYE, AZ 85396-3641
aty         JOSEPH W. CHARLES,    PO BOX 1737,    GLENDALE, AZ  85311-1737

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 21, 2009**                     **Signature:**         *Joseph Speetjens*