**TIFFANY & BOSCO**
**P.A.**

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Attorneys for Movant

10-10910

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Chapter 7 |
| James N. Moody and Susan F. Moody | No. 2:09-bk-13702-RJH |
| Debtors. | MOTION FOR ABANDONMENT |
| Citibank, N.A. as Trustee for LXS 2005-3 | |
| Movant, | |
| vs. | |
| James N. Moody and Susan F. Moody, Debtors; Lawrence J. Warfield, Trustee. | |
| Respondents. | |

COMES NOW, Citibank, N.A. as Trustee for LXS 2005-3 its assignees and/or successors in interest ("Movant" herein) by and through counsel undersigned, and moves the Court for an Order of Abandonment, pursuant to 11 U.S.C. 554(b) and in support thereof, states as follows:

1.  James N. Moody and Susan F. Moody filed a voluntary petition for protection under Chapter 7 of the Bankruptcy Code. Lawrence Warfield was appointed trustee of the bankruptcy estate. Debtors have an interest in that certain real property located in Maricopa County, AZ, more particularly described as:

LOT 213, OF VERRADO PARCEL 5.702, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 641 OF MAPS, PAGE 38.

2. Debtors executed a Note secured by a Deed of Trust, dated April 14, 2005, recorded in the office of the Maricopa County Recorder's Office. True copies of the Note and Deed of Trust are annexed as Exhibits "A" and "B", respectively, and made a part hereof by this reference. Further, Movant is the assignee of the Deed of Trust. The assignment of record is annexed as Exhibit "C".

3. That the debtor is in default under the terms of the Note and Deed of Trust for failure to make the installment payments due on March 1, 2009, each month thereafter. The current default amount is set forth below:

| | |
|---|---|
| 3 Monthly Payments(s) at $1,781.05 (March 1, 2010 – May 1, 2010) | $5,343.15 |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $400.00 |
| Demand Fee | $400.00 |
| Accrued Late Fees | $148.44 |
| Total | $6,441.59 |

4. Movant is informed and believes and therefore alleges that the Debtors and bankruptcy estate have no equity in the property. The fair market value of the property pursuant to Debtors' Schedule "A" is $203,000.00, less ten percent (10%) cost of marketing, less the secured lien resulting in no equity. A true and correct copy of the Debtors' Schedule A is attached hereto as Exhibit "D".

5. The real property is burdensome and of inconsequential value to the estate and should therefore be abandoned.

WHEREFORE, Movant prays that this Court enter an order that the Trustee is authorized, empowered and directed to abandon all interest as trustee in the subject property, and for such other

///

///

///

///

and further relief that is just and property.

RESPECTFULLY SUBMITTED this 3rd day of May, 2010.

                                        TIFFANY & BOSCO, P.A.

                                        By/s/ MSB # 010167

                                            Mark S. Bosco
                                            Leonard J. McDonald, Jr.
                                            Attorneys for Movant

COPY of the foregoing mailed
This 3rd day of May, 2010 to:

James N. Moody and Susan F. Moody
21171 W. Court Street
Buckeye, AZ 85396
Debtors

Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737
Attorney for Debtors

Lawrence J. Warfield
P.O. Box 14647
Scottsdale, AZ 85267
Trustee

Internal Revenue Service
PO Box 0025
Austin, TX 73301-0025

Tuolumne County
PO Box 3248
Sonora, CA 95370

U.S. Trustee
230 North 1st Avenue, Suite 204
Phoenix, AZ 85003-1706

By: Lisa R. Montee