**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: May 27, 2010**



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge

**TIFFANY & BOSCO P.A.**

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-10910

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>James N. Moody and Susan F. Moody<br><br>Debtors.<br>_____<br>Citibank, N.A. as Trustee for LXS 2005-3<br><br>Movant,<br><br>vs.<br><br>James N. Moody and Susan F. Moody, Debtors, Lawrence J. Warfield, Trustee.<br><br>Respondents. | No. 2:09-BK-13702-RJH<br><br>Chapter 7<br><br>ORDER FOR ABANDONMENT<br><br>(Related to Docket #49) |

Movant's Motion for Abandonment and Notice along with the form of proposed Order for Abandonment, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated April 14, 2005 and recorded in the office of the Maricopa County Recorder wherein Citibank, N.A. as Trustee for LXS 2005-3 is the current beneficiary and James N. Moody and Susan F. Moody have an interest in, further described as:

> LOT 213, OF VERRADO PARCEL 5.702, ACCORDfNG TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARlCOPA COUNTY, ARIZONA, RECORDED IN BOOK 641 OF MAPS, PAGE 38.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that the Trustee is authorized, empowered and directed to abandon all interest as trustee in the subjection property.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.